UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                        Case Nos.    3:07cr58/MCR/CJK
                                                           3:11cv467/MCR/CJK

**ANTHONY ALEXANDER
BRIDGEWATER**
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 24, 2014.  (Doc. 336).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. Defendant's motion to vacate, set aside, or correct sentence (doc. 305) is **DENIED**.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 2nd day of September, 2014.

                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS
                                           CHIEF UNITED STATES DISTRICT JUDGE**